IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| AMBER TAPPIN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE<br>INSURANCE COMPANY,<br><br>　　　　Defendant. | Civil Action No. 1:23-cv-285 |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Amber Tappin, and Defendant, Reliance Standard Life Insurance Company, by and through their undersigned counsel, agree and stipulate that the above-styled action and all claims contained therein should be dismissed without prejudice.

Respectfully submitted on April 2, 2024.

| THE WOOD LAW FIRM | ERIC BUCHANAN & ASSOCIATES, PLLC |
|---|---|
| By: /s/ *Joshua Bachrach*<br>　　Joshua Bachrach<br>　　Wilson Elser Moskowitz Edelman & Dicker LLP<br>　　Two Commerce Square, 2001 Market Street, Suite 3100<br>　　Philadelphia, PA 19103<br>　　Telephone:(215)606-3906<br>　　Fax:(215)627-2665<br>　　joshua.bachrach@wilsonelser.com<br>　　*Attorneys for Defendant* | By: */s/ Noah Alexander Breazeale*<br>　　Noah Alexander Breazeale<br>　　414 McCallie Avenue<br>　　Chattanooga, TN 37402<br>　　Telephone:  (423) 634-2506<br>　　Facsimile:  (423) 634-2505<br>　　Email:  nbreazeale@buchanandisability.com<br>　　Email:  court@buchanandisability.com<br>　　*Attorneys for Plaintiff* |